UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § A-12-CR-210SS |
| MIGUEL ANGEL TREVINO-MORALES, et. al | § |
| Defendants. | § |

GOVERNMENT'S LIST OF PROSPECTIVE WITNESSES

NOW comes the United States of America and provides this, its list of potential witnesses in the above-styled case. The Government may or may not call all of the witnesses listed below and reserves the right to call additional witnesses not on this list in rebuttal:

Adan Farias

Alejandra Obregon

Alfonso Del Rayo-Mora

Annelle Reynolds

Bill Pilgrim

Bill Price

Brian Schutt

Butch Wise

Carlos Arian Jaff Bosdet

Myrna Reyes

Charles Cox

David Weiss

Debbie Kempe

Diane Reed

Felipe Quintero

Gerardo Chapa

Gerardo Mata-Morales

Hector Gerardo Moreno-Villanueva

Hernando Guerra

Jaime Gomez

Jane Eckert

Jeff Tebow

Jessica Murray

Jesus Enrique Rejon-Aguilar

Joe Garza

Jose Carlos Hinojosa

Case 1:12-cr-00210-SS   Document 526   Filed 04/16/13   Page 3 of 6

Jose Flores

Jose Mendoza

Jose Vasquez Jr.

Jose Vasquez, Sr.

Juan Aleman

Kyle Mori

Marcial Reyes

Mario Alfonso Cuellar-Salazar

Matt Martin

Matt Witman

Mauricio Paez

Mayra Conde

Melody Knuchell

Randy Lynn Hill

Raul Gerardo Guadalajara Guia

Ricardo Barrera

Russell C. Stooks

SA Andrew Farabow

SA Anne Fernandez

SA Bill Johnston

SA Billy Williams

SA Carlos Salinas

SA Carole Lee

SA Charles Adam

SA David Kice

SA Donna Cowling

SA Edward O'Dwyer

SA Haskell Wilkins

SA James Killpack

SA John Spaeth

SA Joshua Schenk

SA Kyle Casey

SA Lynelle Torikai

SA Michael Fernald

SA Randall K. Hicks

SA Santiago Moya

SA Scott Lawson

SA Scott Thaggard

SA Steve Pennington

Scott Craigmyle

Shalyn Bliss

Sharon Moore

Tammy Canida

TFO Johnny Sosa

Tyler Graham

Mexican protected witness named "Pitufo

                                              Respectfully submitted,

                                              ROBERT PITMAN
                                              UNITED STATES ATTORNEY

By:      *[signature]*

                                              DOUGLAS GARDNER
                                              Assistant U. S. Attorney
                                              816 Congress, Suite 1000
                                              Austin, Texas  78701
                                              Office    (512)  916-5858

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2013, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court in open Court and hand-delivered to counsel:

Mr. David Finn
Attorney at Law

Mr. Mike Deguerin
Attorney at Law

Mr. Guy Womack
Attorney at Law

Mr. Richard Esper
Attorney at Law

Mr. Brent Mayr
Attorney at Law

/s/ Douglas W. Gardner
DOUGLAS GARDNER
Assistant United States Attorney